UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:13-cv-48-RJC

| | |
|---|---|
| RONDA SMITH MINGUS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>CAROLYN W. COLVIN, )<br>**Acting Commissioner of Social Security,** )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

**THIS MATTER** comes before the Court on the parties' consent motion (Doc. 10) to remand this case for further administrative proceedings under sentence six of 42 U.S.C. § 405(g). Upon remand by this Court, the Appeals Council will remand this matter to the Administrative Law Judge (ALJ). Upon remand, the ALJ is directed to provide the claimant with the opportunity to update the record, address the severity of the claimant's physical and mental impairments and their resulting limitations, consider the appropriate listings in light of such evidence, and issue a new decision based upon the total record.

The Court hereby remands this matter under sentence six of 42 U.S.C. § 405(g) for further proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991). No judgment shall be entered at this time.

**IT IS, THEREFORE, ORDERED** that:

1. Defendant's Unopposed Motion to Remand to Social Security Administration (Doc. No. 10), is **GRANTED.**

2. Plaintiff's Motion for Leave to Appear Pro Hac Vice (Doc. 3) is **GRANTED**.

3. The Clerk of Court is directed to close this case.

Signed: April 4, 2014

Robert J. Conrad, Jr.
United States District Judge